IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

Plaintiff

vs.   Civil No.:   3:21cv680

1978 MODEL CESSNA 421C AIRPLANE
SN: 421C-520
REGISTRATION: N502SA

Defendant
_____/

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

COMES NOW the United States of America, Plaintiff in this action, by and through the undersigned Assistant United States Attorney, and alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1345 and 1355.

2. This Court has in rem jurisdiction over the defendant property pursuant to:

   a. 28 U.S.C. § 1355(b)(1)(A), because pertinent acts or

1

omissions giving rise to the forfeiture occurred in the Northern District of Florida; and

  b. 28 U.S.C. § 1355(b)(1)(B), because venue properly lies in the Northern District of Florida pursuant to 28 U.S.C. § 1395.

3. Venue lies within the Northern District of Florida pursuant to 28 U.S.C. § 1395(a), because the action occurred within the Northern District of Florida, and § 1395(b), because the property was found in the Northern District of Florida.

4. The defendant property is a 1978 Model Cessna 421C Airplane, SN: 421C-520, Registration: N502SA.

5. The defendant property was seized by the United States Drug Enforcement Administration, in Crestview, Florida, in the Northern District of Florida, on December 7, 2020.

6. The defendant property was purchased with unlawful drug proceeds and was used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of controlled substances in violation of Title 18, United States Code, Section 881, and is therefore forfeitable pursuant to Title 18, United States Code, Section 881.

7.   The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached hereto and fully incorporated within this Complaint by reference.

WHEREFORE, the United States of America respectfully requests that process of forfeiture be issued against the defendant property, that due notice be given to all interested parties to appear and show cause why the forfeiture should not be decreed, that the Court decree the condemnation and forfeiture of the property to the United States for disposition according to law and that the United States be granted such other relief as the Court deems just and proper.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s Andrew J. Grogan*
ANDREW J. GROGAN
Assistant U.S. Attorney
Florida Bar No. 85932
111 North Adams Street, Fourth Floor
Tallahassee, FL 32301
(850) 942-8430
Andrew.Grogan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April, 2021, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system.

/s/ Andrew J. Grogan
ANDREW J. GROGAN
Assistant U.S. Attorney

## DECLARATION

I am a Special Agent with the United States Drug Enforcement Administration currently assigned to the Miami Field Division Enforcement Group 16 in __Weston__, Florida in the Northern District of Florida.

I have read the contents of the foregoing Verified Complaint for Forfeiture in Rem, and the Exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __14__ day of April, 2021.

RYAN J. PETRASEK
Special Agent
Drug Enforcement Administration

STATE OF FLORIDA
COUNTY OF Broward

The foregoing affidavit was sworn before me this 14 day of April, 2021, by Special Agent Ryan J. Petrasek, who is personally known to me or has produced #20173 as identification.

_____
Notary Public

My Commission Expires: Oct, 8 2021