## EXHIBIT A

## AFFIDAVIT IN SUPPORT OF CIVIL FOREITURE1978 MODEL CESSNA 421C AIRPLANE, SN: 421C-520, REGISTRATION: N502SA

I, Ryan Petrasek, having been duly sworn, hereby depose and state:

1.      I am a Special Agent of the Drug Enforcement Administration (DEA) assigned to the Miami Field Division, Group II, since June of 2010. Prior to employment with the DEA, I was employed as a Special Agent with United States Secret Service (USSS) for approximately five years. Prior to employment at the USSS, I was a fulltime Police Officer for the Washington, D.C. Metropolitan Police Department for approximately four years.

2.      As a Special Agent with the USSS, I attended training at the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training in financial crimes investigations; computer crimes; computer forensic crime; and other white-collar investigations.

3.      As a Special Agent with the DEA, I attended training at Quantico, Virginia. My initial DEA training consisted of drug identification, applicable laws and regulations, narcotic investigative procedures and techniques, surveillance techniques, witness interviews, undercover operations, methods for conducting complex drug conspiracy and financial investigations, drug operational and money laundering methods used by drug traffickers, the

1

concealment and laundering of drug proceeds, and preparing cases for prosecution.

## IN THE MATTER OF THE CIVIL FORFEITURE

4.      This affidavit is made in support of an application for a civil forfeiture, under Title 18, United States Code, Section 1956(a)(1)(A)(i). Through my experience, it is customary for drug traffickers to utilize airplanes that are inexpensive, small, fast and agile, capable of landing on unimproved and short landing strips. Drug Trafficking Operations (DTOs) also seek to purchase aircraft with mid to high hour ratings on engines. The higher the rating level the less expensive the aircraft will be to purchase. DTOs consider these aircraft to be disposable assets and the aircraft cost must be able to be recouped in a single transportation run. Aircraft used in the transportation of narcotics must have a flight range that a single flight can occur from the South American source countries to Mexico or other Central American countries. Typically, these airplanes are small, have twin engines, and are easy to conceal in hangars and small airports. However, the aircraft must have sufficient cargo capacity to carry at least 1000 kilograms of narcotics without needing structural modifications.

2

5.    I have learned that once an aircraft is purchased for drug trafficking, it is rarely re-registered and even more rarely is it registered in the name of the nominee buyer.  In an illegal aircraft purchase, DTOs, on occasion, will obtain fraudulent documentation that indicates that the sales price of the aircraft was a lower amount then the actual price of the airplane.   If such fraudulent documentation is obtained, the DTOs will have been able to increase the DTO's profits by undervaluing the aircraft, thereby lessening the tax or tariff consequences for the purchase and exportation of the aircraft.

6.    I have learned that in order to purchase an aircraft and maintain it as a registered aircraft in the United States, the purchasing party must be a United States citizen or a member of a United States company where two-thirds of the owners are United States citizens.    Due to Federal Aviation Administration ("FAA") requirements, a non-United States citizen or business cannot be the registered owner of a registered United States aircraft. This requirement is applicable whether a transaction is for legitimate or illegitimate purposes.  In addition, if the purchasing party intends to purchase and export a United States registered aircraft to a foreign country, the purchaser must maintain the aircraft as a properly registered aircraft in accordance with the these procedures prior to the exportation.

3

Affidavit in Support of Civil Forfeiture of 1978 MODEL CESSNA 421C AIRPLANE, SN: 421C-520, REGISTRATION: N502SA

## Factual Background

7.  On January 10, 2020, Your Affiant begin an investigation on individuals supplying U.S. Registered aircraft being purchased with drug proceeds to be further utilized to transport drugs through the Caribbean, South and Central America.

8.  On April 14, 2020, Your Affiant discovered that multiple suspicious wire transfers suspected to be drug proceeds were deposited into a business account in the name of TWA International Inc. (here afterwards referred to as TWA). TWA is known to Your Affiant to be a supplier of aircrafts purchased in the U.S. and subsequently found in South and Central America with drugs on board or suspected to have be used to transport drugs. The listed President of TWA is a Carlos VILLAURUTIA (Herein afterwards referred to as VILLAURITIA). Through the course of the investigation it was discovered by Your Affiant that VILLAURITIA conducts business on behalf of Eduardo Christian ESQUINO NUNEZ AKA Ed NUNEZ (here afterwards referred to as ESQUINO NUNEZ). ESQUINO NUNEZ has been under investigation by the DEA since 1984 for utilizing aircraft to transport drugs and money laundering in approximately 75 cases. ESQUINO NUNEZ has a criminal history and was convicted in 1991 for Conspiracy to distribute cocaine and a

4

2004 Conviction for Conspiracy to commit fraud involving a U.S. registered aircraft.

9.    On April 20, 2020, Your Affiant and Special Agent Chris Shary conducted a telephonic interview of VILLAURITIA and ESQUINO NUNEZ. During the interview ESQUINO NUNEZ admitted receiving drug proceeds in cash in Mexico from the Cartel Jalisco New Generation (Herein afterwards referred to as CJNJ) for the sale of aircrafts that were utilized to transport drugs for the organization. ESQUINO NUNEZ stated that the bulk case drug proceeds were then given to a money launderer in Mexico City that utilized the Parallel Black Market Peso Exchange to launder the drug proceeds into TWA account in the United States.   ESQUINO NUNEZ and VILLIAURITIA identified approximately $518,902.80 that was deposited into the account, which was derived from the aircraft sales to the CJNG Cartel.   ESQUINO NUNEZ stated that most illicit proceeds were utilized to purchase other aircraft for future sales to Mexican Cartel Members.   ESQUINO NUNEZ and VILLAURITIA stated that they did not know which aircrafts were purchased utilizing the illicit proceeds and would contact Your Affiant with an accounting of the dispersal of the funds.

5

10.    On June 3, 2020, Your Affiant was provided with a list of aircraft by VILLAURITIA that were purchased with the proceeds of the drug funds received from the CJNG Cartel. VILLAURITIA identified the following aircraft: N706AM, N15E and N502SA (a 1978 Cessna 412C hereafter referred to as the TARGET AIRCRAFT)

11.    On December 7, 2020, Your Affiant was alerted that the TARGET AIRCRAFT had flown to the Bob Sikes Airport in Crestview, FL. Your Affiant contacted the Okaloosa County Sheriff's office who subsequently stopped the aircraft as it was departing for Texas.  DEA SA Joseph Ahern responded to the scene and seized the TARGET AIRCRAFT for violations of Title 18, United States Code, Section 1956 for being purchased with laundered funds derived from drug proceeds.

## SUMMARY AND CONCLUSION

19.  Based upon the facts and circumstances outlined within this affidavit, your Affiant submits that there is probable cause to believe that the TARGET AIRCRAFT, a 1978 Cessna 421C, Serial Number 421C-520 Bearing U.S. Tail number N502SA is in violation of Title 18 United States Code, Section 1956 and subject to forfeiture pursuant to Title 18 United States Code, Section 1956 (a)(1)(A)(i).

6

Affidavit in Support of Civil Forfeiture of 1978 MODEL CESSNA 421C AIRPLANE, SN: 421C-520, REGISTRATION: N502SA

The above information is true and correct to the best of my knowledge.

RYAN PETRASEK
**Special Agent, Drug Enforcement
Administration**

**STATE OF FLORIDA,
COUNTY OF** _Broward_

Personally appeared before me, Ryan Petrasek, who was either

personally known to me or provided me photo identification and thereafter,

under oath, ATTESTED TO and SUBSCRIBED before me this _14_ day of

April, 2021 at _2200 N Commerce_ Florida.
_Parkway, Weston_

Notary Public

7